PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Elliot Santana                               Cr.: 02-CR-00879-03

Name of Sentencing Judicial Officer: The Honorable John W. Bissell

Date of Original Sentence: 07/09/03

Original Offense: Conspiracy to Distribute and to Possess With Intent to Distribute a Substance containing Cocaine.

Original Sentence: 10 months incarceration with 3 years supervised release.

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/25/04

Assistant U.S. Attorney: Judith H. Germano             Defense Attorney: Mitchell Schecter

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons, to be held in abeyance

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On September 30, 2006 a patrol officer from the 10th precinct of the New York City Police Department arrested the offender, and charged him with criminal possession of a controlled substance in the fifth degree, and criminal possession of a controlled substance in the seventh degree |
| 2 | The offender violated the condition of supervision which states, **"The defendant shall not leave the judicial district without permission from the court or probation officer"**. On September 30, 2006 the offender traveled to Club Crowbar which is located at 530 West 28th Street, New York, New York without receiving permission from the court or the undersigned. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Karl A. Wallace
U.S. Probation Officer
Date: 02/27/07

PROB 12C - Page 2
Elliot Santana

THE COURT ORDERS:

[X] The Issuance of a Summons. To be held in abeyance.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/7/07
_____
Date

Dennis M. Cavanaugh
U.S. District Judge